UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| DEBORAH D WALSH, | Civil No. 3:17-CV-05429-MAT |
| Plaintiff, | |
| vs. | ORDER |
| NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's applications for supplemental security income payments under Title XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings. The Administrative Law Judge will reassess the medical opinion evidence; reconsider Plaintiff's residual functional capacity; continue with the sequential evaluation process, obtaining supplemental vocational expert evidence for the period prior to November 2, 2015, as necessary; and issue a new decision.

This Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g) with a remand of the cause to the Commissioner for further proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 4th day of January, 2018.

Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ Nancy A. Mishalanie
NANCY A. MISHALANIE
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3619
Fax: (206) 615-2531
nancy.mishalanie@ssa.gov