THE HONORABLE MARY ALICE THEILER
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEBORAH D. WALSH,

Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

Defendant.

NO. C17-5429-MAT

UNOPPOSED ORDER RE AWARD OF EAJA ATTORNEY'S FEES AND EXPENSES 28 U.S.C. § 2412

ORDER

Based upon the request of the plaintiff, which is not opposed by the defendant, it is hereby

Ordered, Adjudged, and Decreed that the plaintiff shall have a judgement against the defendant for attorney's fees and expenses pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, *et. seq.* in the amount of $6,415.49 for attorney's fees and paralegal fees, and expenses in the sum of $13.18 for service of the summons and complaint in this matter, for a total award of $6,428.67. It is further

Order, Adjudged, and Decreed that in accordance with *Astrue v. Ratliff*, 560 U.S. 586, 586, 130 S. Ct. 2521, 2522, 177 L. Ed. 2d 91 (2010), plaintiff's EAJA fees and expenses award is subject to any offset allowed pursuant to the Department of the Treasury's Offset Program. *See Id.* If it is

LAW OFFICE OF
TALBOT & ASSOCIATES, P.S.
5005 CENTER STREET, STE. E.
TACOMA, WASHINGTON, 98409
FAX (253) 564-9300
PHONE (253) 566-9300

determined that the plaintiff's EAJA award is not the subject to any offset allowed pursuant to the Department of the Treasury's Offset Program, then the check for the EAJA fees and expenses shall be made payable to and mailed to plaintiff's counsel, Charles W. Talbot, Esq., at Talbot and Associates, P.S., 5005 Center Street, Suite E, Tacoma, Washington 98409.

Dated this 17th day of April 2018.

    s/ Mary Alice Theiler
United States Magistrate Judge

Law Office of
TALBOT & ASSOCIATES, P.S.
5005 Center Street, Ste. E.
Tacoma, Washington, 98409
Fax (253) 564-9300
Phone (253) 566-9300

UNOPPOSED ORDER RE AWARD OF EAJA
FEES AND EXPENSES 28 U.S.C. § 2412 - 2